FILED
7/19/17 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WILLIAM V. MULLEN<br>DEBBIE S. MULLEN,<br>    **Debtor(s)**<br><br>AMERICAN HONDA FINANCE<br>CORPORATION d/b/a HONDA FINANCIAL<br>SERVICES, ADMINISTRATOR FOR<br>HONDA LEASE TRUST<br>    **Movant**<br><br>v.<br><br>WILLIAM V. MULLEN<br>DEBBIE S. MULLEN,<br>    **Respondent(s)**<br><br>TAMERA OCHS ROTHSCHILD,<br>    **Trustee** | Bankruptcy No. 16-11225-TPA<br><br>Chapter 7<br><br>Related To Document No. 58<br><br>**Response Deadline:  7/17/17**<br><br>**Hearing Date:  7/27/17 at 10:00 AM** |

### ORDER OF COURT

AND NOW, this ___19th___ day of ___July___, 2017, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant American Honda Finance Corporation is permitted to enforce its rights in the property described as a **2015 Honda Civic** bearing vehicle identification number 19XFB2F88FE253550, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
UNITED STATES BANKRUPTCY JUDGE

jlm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 16-11225-TPA
William V. Mullen                                                   Chapter 7
Debbie S. Mullen
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: gamr                Page 1 of 1         Date Rcvd: Jul 19, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
db/jdb         +William V. Mullen,    Debbie S. Mullen,    228 North Main Street,    Meadville, PA 16335-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor William V. Mullen dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Debbie S. Mullen dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,    pa70@ecfcbis.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```