UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| In Re:<br>    MULLEN, WILLIAM V.<br>    MULLEN, DEBBIE S.<br>              Debtors<br>TAMERA OCHS ROTHSCHILD<br>              Movant<br>            v.<br>MULLEN, WILLIAM V.<br>MULLEN, DEBBIE S.<br>              Respondents | Case No.     16-11225<br>Chapter      7<br><br>Document #<br>Related Document #<br><br>Hearing Date and Time: November 2, 2017 at 11:00 a.m.<br><br>Objection Date: October 26, 2017 |
|---|---|

_____

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION TO CLOSE CASE
AND
EXCEPT CERTAIN PROPERTY FROM ABANDONMENT**

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **October 26, 2017**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **November 2, 2017 at 11:00 a.m.** before Judge Thomas P. Agresti in The Bankruptcy Courtroom, U. S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service:  Oct 9, 2017          */s/ Tamera Ochs Rothschild, Trustee*
                                                      Tamera Ochs Rothschild, Trustee/Pro Se
                                                      PA Atty. I.D. No.50466
                                                     318 W. Spring St.
                                                     Titusville, PA 16354
                                                     PHONE: (814) 827-2760
                                                     FAX: (814) 827-2840
                                                     trothschild@gmx.com