UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re: | Case No.    16-11225 |
|    MULLEN, WILLIAM V. | Chapter    7 |
|    MULLEN, DEBBIE S. | |
|                Debtors | Document   # |
| TAMERA OCHS ROTHSCHILD | Related Document # 72 |
|                Movant | |
|          v. | Hearing Date and Time: November 2, 2017 at 11:00 a.m. |
| MULLEN, WILLIAM V. | |
| MULLEN, DEBBIE S. | |
|                Respondents | Objection Date:  October 26, 2017 |

_____

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO CLOSE CASE
AND
EXCEPT CERTAIN PROPERTY FROM ABANDONMENT**

_____

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application/Motion filed on October 9, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application/Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Application/Motion were to be filed and served no later than October 26, 2017

It is hereby respectfully requested that the Order attached to the Application/Motion be entered by the Court.


Dated: October 27, 2017              */s/ Tamera Ochs Rothschild, Trustee*
                                                  Tamera Ochs Rothschild, Trustee/Pro Se
                                                  PA Atty. I.D. No.50466
                                                  318 W. Spring St.
                                                  Titusville, PA 16354
                                                  PHONE: (814) 827-2760
                                                  FAX: (814) 827-2840
                                                  trothschild@gmx.com