FILED
10/27/17 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re:<br>   MULLEN, WILLIAM V.<br>   MULLEN, DEBBIE S.<br>             Debtors<br>TAMERA OCHS ROTHSCHILD<br>             Movant<br>   v.<br>MULLEN, WILLIAM V.<br>MULLEN, DEBBIE S.<br>             Respondents | Case No.    16-11225<br>Chapter     7<br><br>Document  #<br>Related Document # 72<br><br>Hearing Date and Time: November 2, 2017<br>at 11:00 a.m.<br><br>Objection Date:  October 26, 2017 |

_____

**ORDER CLOSING CASE**
**AND**
**EXCEPTING CERTAIN PROPERTY FROM ABANDONMENT**

_____

       AND NOW, on this 27th day of ____October____, 2017, on Motion of the Chapter 7 Trustee, it appearing:

1. That the above referenced estate has been fully administered, with the exception of the property identified in the foregoing Motion as Paragraph 6, i.e.:
    personal injury matter filed in Crawford County, PA 1t 657-2016, In Re: *Debbie S. Timer-Mullen and William Mullen v. Arthur W. Zazado*.
2. That by Order of Court previously entered in this matter, the Trustee's application to employ Robert B. Woomer, Esq. to pursue said asset was approved;
3. That Attorney Woomer's efforts are continuing but the date of recovery, if any, is unknown;
4. And that the Trustee is required to close the estate as expeditiously as is compatible with the best interests of the parties in interest;

It is **ORDERED** that the case is hereby **CLOSED** and the Trustee is **DISCHARGED;**

That pursuant to the provisions of 11 U. S. C. §554(c), the asset identified above is **EXCEPTED** from abandonment;

That Robert B. Woomer, is **ORDERED** to notify the discharged Chapter 7 Trustee in writing every six (6) months of the status of the recovery efforts; and

That Robert B. Woomer, is **FURTHER ORDERED** to notify the discharged Chapter 7 Trustee and the United States Trustee immediately in the event that any settlement, award or any other recovery of any kind is anticipated, whereupon, the United States Trustee will move to reopen the estate.

BY THE COURT:

_____
THOMAS P. AGRESTI    jlm
U. S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 16-11225-TPA
William V. Mullen                                                   Chapter 7
Debbie S. Mullen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr                Page 1 of 1              Date Rcvd: Oct 27, 2017
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db              +William V. Mullen,    228 North Main Street,    Meadville, PA 16335-1206
jdb            #+Debbie S. Mullen,    228 North Main Street,    Meadville, PA 16335-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor William V. Mullen dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Debbie S. Mullen dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
              William E. Craig    on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7