UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

In Re:
    MULLEN, WILLIAM V.
    MULLEN, DEBBIE S.
              Debtors
    TAMERA OCHS ROTHSCHILD
             Movant
        v.
    MULLEN, WILLIAM V.
    MULLEN, DEBBIE S.
            Respondents

Case No.      16-11225
Chapter      7

Document  #
Related Document # 75

Hearing Date and Time:

Objection Date:

---

## CERTIFICATE OF SERVICE OF
## ORDER CLOSEING CASE AND
## EXCEPTING CERTAIN PROPERTY FROM ABANDONMENT

---

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 30, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

The types of service made on the parties was:

**Service by Electronic Notification**:

U.S. Trustee's Office
ustpregion03.pi.ecf@usdoj.gov

Daniel P. Foster, Esq.
dan@mrdebtbuster.com

**Service by First-Class Mail**:

MULLEN, WILLIAM V.                          MULLEN, DEBBIE S.
228 NORTH MAIN STREET                       228 NORTH MAIN STREET
MEADVILLE   PA   16335                       MEADVILLE   PA   16335


Total number sent by regular mail: _2_

Total number sent by electronic mailing: _2_


EXECUTED ON:        Oct 30, 2017        _/s/ Tamera Ochs Rothschild, Trustee_
                                        Tamera Ochs Rothschild, Trustee/Pro Se
                                        PA Atty. I.D. No.50466
                                        318 W. Spring St.
                                        Titusville, PA 16354
                                        PHONE: (814) 827-2760
                                        FAX: (814) 827-2840
                                        trothschild@gmx.com