**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:    Mullen, William V.                    Case No.   16-11225-TPA
          Mullen, Debbie S.
                    Debtor(s)                   Chapter 7

**CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Tamera Ochs Rothschild, having been appointed Trustee of the Estate of the above named Debtor(s), report that:

1. I have neither received any property nor paid any money on account of this Estate.

2. I have made a diligent inquiry into the financial affairs of the Debtor(s) and the location of the property belonging to the estate.

3. There is no property available for distribution from the estate over and above that exempted by law, with the exception of a personal injury matter filed in Crawford County, PA at 657-2016, In Re: <u>Debbie S. Timer-Mullen and William Mullen v. Arthur W. Zazado</u>.

4. Pursuant to Fed. R. Bank. P. 5009, I hereby certify that the Estate of the above-named Debtor(s) has been fully administered, except for administration of a personal injury matter filed in Crawford County, PA at 657-2016, In Re: <u>Debbie S. Timer-Mullen and William Mullen v. Arthur W. Zazado</u>.

5. I request that I be discharged from any further duties as Trustee.

6. Pursuant to Court Order entered on October 27, 2017, the a personal injury matter filed in Crawford County, PA at 657-2016, In Re: <u>Debbie S. Timer-Mullen and William Mullen v. Arthur W. Zazado</u> shall remain property of the Bankruptcy Estate upon the entry of a Final Decree; if money becomes available to creditors from this asset, the case will be re-opened and a Trustee will be appointed to administer the asset.

Dated: December 20, 2017

*/s/ Tamera Ochs Rothschild, Trustee*
Tamera Ochs Rothschild, Trustee/Pro Se
PA Atty. I.D. No.50466
318 W. Spring St.
Titusville, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840
trothschild@gmx.com