UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re: | Case No.    16-11225-TPA |
|     MULLEN, WILLIAM V. | |
|     MULLEN, DEBBIE S. | |
|     Debtor(s) | |

_____

### INTERIM STATUS REPORT OF FORMER TRUSTEE
_____

    Tamera Ochs Rothschild, Former Trustee of this case, reports the status of this case as follows:

1. On 12/29/16, an order for relief under Chapter 7 of the Bankruptcy Code was entered in this case.

2. Tamera Ochs Rothschild was appointed Trustee in the above captioned matter.

3. The sole asset of the case is a personal injury matter filed in Crawford County, PA 1t 657-2016, In Re: *Debbie S. Timer-Mullen and William Mullen v. Arthur W. Zazado.*.

4. The Trustee and Debtor's counsel stipulated that Debtor may use her remaining maximum 11 U. S. C Sec 522(d)(5) exemption and claim applicable 522(d)(11).

5. Robert B. Woomer, Esq. was retained to represent the bankruptcy estate in connection with recovery of the asset.

6. The asset of this bankruptcy has a recommended settlement value which after legal fees and costs, liens or 522(d)(5) will not produce a meaningful distribution to general unsecured creditors.

7. Trustee will file a final no asset report.

                                                  Respectfully Submitted,

Dated: November 20, 2019           /s/ Tamera Ochs Rothschild_____
                                                  Tamera Ochs Rothschild,
                                                     Former Trustee
                                                 PA ID 50466
                                                 318 West Spring St.
                                                 Titusville, PA 16354
                                                 (814) 827-2760
                                                 FAX: (814) 827-2840
                                                 Trothschild@gmx.com